## Parker v. The State.

APPEAL from Perry Circuit Court.

Tried before the Hon. JOHN MOORE.

J. H. STEWART and ROBT. B. EVANS, for appellant.

W. C. Fitts, Attorney-General, for the State.

The appellant was indicted, tried and convicted under the following indictment: "The grand jury of said county charge that before the finding of this indictment Osborne Parker, with intent to steal, broke into and entered the dwelling-house of Augustus Moore, alias Gus Moore, against the peace and dignity of the State of Alabama." *Held:* That the indictment was fatally defective, and motion to quash should have been granted.

Opinion Per Curiam.